No. 01–9393. McDowell v. Cornell Corrections et al., 535 U. S. 1116;

No. 01–9416. Moultrie v. United States, 535 U. S. 1067;

No. 01–9437. Burnett v. Tenet Healthsystem Hospitals, Inc., dba Lutheran Medical Center, 535 U. S. 1104;

No. 01–9475. Carroll v. Pfeffer, ante, p. 907;

No. 01–9502. Deavault v. United States, 535 U. S. 1069;

No. 01–9507. Natera-Sosa v. United States, 535 U. S. 1069;

No. 01–9532. Abdur'Rahman v. Tennessee, 535 U. S. 1070;

No. 01–9566. McCoy v. Indiana, ante, p. 925;

No. 01–9567. Nixon v. United States, 535 U. S. 1071;

No. 01–9619. Mejias Negron v. United States, 535 U. S. 1086;

No. 01–9624. Nicolaison v. Milczart et al., ante, p. 910;

No. 01–9663. Marcello et ux. v. Maine Department of Human Services, ante, p. 920;

No. 01–9682. Ashton v. United States, 535 U. S. 1087;

No. 01–9731. Armstrong v. City of Greensboro et al., ante, p. 930;

No. 01–9819. Williams v. United States, 535 U. S. 1106;

No. 01–9832. Holub v. United States, 535 U. S. 1090;

No. 01–9884. Nagy v. United States, 535 U. S. 1107;

No. 01–10013. Blackburn v. Ashcroft, Attorney General, et al., ante, p. 911;

No. 01–10094. Dix v. United States, ante, p. 913; and

No. 01–10166. Lockett v. United States, ante, p. 915. Petitions for rehearing denied.

No. 01–7942. Porter v. Diecast Corp. et al., 535 U. S. 960;

No. 01–9316. Oken v. Maryland, 535 U. S. 1074; and

No. 01–9317. Borchardt v. Maryland, 535 U. S. 1104. Motions for leave to file petitions for rehearing denied.

### August 7, 2002

No. 02A95. In re Federal-Mogul Global, Inc. C. A. 3d Cir. Application for stay, presented to Justice Kennedy, and by him referred to the Court, denied.

No. 02–5698 (02A109). Kutzner v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Di-